**E-filed 2/27/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RANDALL SCOTT CASH,** | C-06-7064-JF |
| Petitioner, | [~~PROPOSED~~] ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| **ROBERT AYERS, Warden,** | |
| Respondent. | |

Upon motion of respondent and for good cause shown, the deadline for filing respondent's answer to the instant petition for writ of habeas corpus is extended until March 1, 2007.

IT IS SO ORDERED.

Dated: __2/23/07_____, 2007.

_____
United States District Judge
Jeremy Fogel

20077316.wpd
SF2006403194

[Proposed] Order, *Cash v. Ayers*, C-06-7064-JF

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Cash v. Ayers*

No.:   **C-06-7064-JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 16, 2007</u>, I served the attached **(1) Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus (2) Declaration in Support of Respondent's Motion for Second Extension of Time to File Answer to Petition for Writ of Habeas Corpus (3) [Proposed] Order Granting Respondent's Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Mark David Greenberg**
**Attorney at Law**
**484 Lake Park Avenue - PMB 429**
**Oakland, CA 94610**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 16, 2007, at San Francisco, California.

|   Susan Chiang   |   /s/   |
|---|---|
| Declarant | Signature |

20077340.wpd