**E-filed 4/18/07**

Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Avenue, No. 429
Oakland, CA 94610
(510) 452-3126

Attorney for Petitioner
Randall Scott Cash, H53400
San Quentin State Prison
San Quentin, CA 94974

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RANDALL SCOTT CASH, | ) |
| | ) C-06-07064 JF |
| Petitioner, | ) |
| | ) [PROPOSED] ORDER |
| vs. | ) GRANTING PETITIONER'S |
| | ) MOTION FOR EXTENSION |
| ROBERT AYERS, Warden, | ) OF TIME TO FILE TRAVERSE |
| | ) |
| Respondent. | ) |
| | ) |

Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until May 30, 2007.

IT IS SO ORDERED.

Dated: 4-17, 2007

[signature]