efiled 6/8/07

Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Avenue, No. 429
Oakland, CA  94610
(510) 452-3126

Attorney for Petitioner
Randall Scott Cash, H53400
San Quentin State Prison
San Quentin, CA  94974

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **RANDALL SCOTT CASH,** | ) |
| | ) C-06-07064 JF |
| **Petitioner,** | ) |
| | ) [PROPOSED] ORDER |
| vs. | ) GRANTING PETITIONER'S |
| | ) REQUEST FOR AN EXTEN- |
| **ROBERT AYERS, Warden,** | ) OF TIME |
| | ) |
| **Respondent.** | ) |
| | ) |

Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until July 29, 2007.

    IT IS SO ORDERED

Date:  6/6    , 2007

_____
Jeremy Fogel, U.S. District Judge

1