Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Avenue, No. 429
Oakland, CA  94610
(510) 452-3126

Attorney for Petitioner
Randall Scott Cash, H53400
San Quentin State Prison
San Quentin, CA  94974

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **RANDALL SCOTT CASH,** | ) |
| | ) C-06-07064 JF |
| **Petitioner,** | ) |
| | ) [~~PROPOSED~~] **ORDER** |
| vs. | ) **GRANTING PETITIONER'S** |
| | ) **REQUEST FOR AN EXTEN-** |
| **ROBERT AYERS, Warden,** | ) **OF TIME** |
| | ) |
| **Respondent.** | ) |
| | ) |

Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until August 28, 2007.

　　　　IT IS SO ORDERED

Date:  July 30 , 2007

_____
Judge Jeremy Fogel, US District Court

1