\*\*E-Filed 11/10/2010\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT CASH,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT AYERS, Acting Warden San Quentin State Prison,<br><br>    Respondent. | Case Number 5:06-cv-07064-JF<br><br>ORDER[1] REQUESTING RESPONSE TO PETITIONER'S MOTION TO AMEND JUDGMENT<br><br>[Re: Doc No. 57] |

On October 12, 2010 the Court denied the petition for writ of habeas corpus filed by Petitioner Randall Scott Cash ("Cash"). Pursuant to Fed. R. Civ. P. 59(e), Cash moves to amend the Court's judgment. Respondent Robert Ayers shall file a response to Petitioner's motion on or before November 24, 2010. Petitioner may file a reply, if any, on or before December 1, 2010. The matter thereafter will be taken under submission without oral argument.

IT IS SO ORDERED.

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:06-cv-07064-JF
ORDER REQUESTING RESPONSE TO PETITIONER'S MOTION TO AMEND JUDGMENT
(JFLC1)

1  DATED: 11/10/10

2  _____
   JEREMY FOGEL
   United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:06-cv-07064-JF
ORDER REQUESTING RESPONSE TO PETITIONER'S MOTION TO AMEND JUDGMENT
(JFLC1)