\*\*E-Filed 12/03/10\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RANDALL SCOTT CASH,<br><br>                Petitioner,<br><br>                v.<br><br>MIKE McDONALD, Acting Warden San Quentin State Prison,<br><br>                Respondent. | Case Number 5:06-cv-07064-JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Re: Doc. No. 60] |

On November 8, 2010, Petitioner filed a motion to alter the Court's recent judgment, denying his petition for writ of habeas corpus. On November 10, 2010, Petitioner filed an application to proceed *in forma pauperis* on appeal. Good cause therefor appearing, Petitioner may proceed *in forma pauperis* on his appeal.

IT IS SO ORDERED.

DATED: December 3, 2010

                                              JEREMY FOGEL
                                              United States District Judge

---

[1] This disposition is not designated for publication in the official reports.